1 | Wesley H. Avery, Esq. CLS-B (SBN 155724)
Lucy Mavyan, Esq. (SBN 260811)
2 | **LAW OFFICES OF WESLEY H. AVERY, APC**
758 E. Colorado Blvd. Ste. 210
3 | Pasadena, CA 91101-2105
(626) 395-7576 (office)
4 | (661) 430-5467 (fax)
5 | wavery@thebankruptcylawcenter.com

6 | Attorney for Plaintiff John J. Menchaca, chapter 7 trustee

7 | *Fortis est veritas*

8 | ### UNITED STATES BANKRUPTCY COURT

9 | ### CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10 |

| | |
|---|---|
| In re | Case No. 2:16-bk-12328-SK |
| | Chapter 7 |
| YAVAUGHNIE RENEE WILKINS, an individual, | Adv. No. |
| | **TRUSTEE'S COMPLAINT TO: (1) DENY THE DEBTOR'S DISCHARGE AND FOR (2) AN ACCOUNTING AND TURNOVER [11 U.S.C. §§ 105(a), 542(a) and 727(a)]** |
| Debtor. | |
| SSN xxx-xx-7711 | |
| JOHN J. MENCHACA, Chapter 7 Trustee of YaVaughnie Renee Wilkins, | Date: [To be set] |
| | Time: [To be set] |
| Plaintiff, | Place: U.S. Courthouse |
| | Courtroom 1575 |
| v. | 255 E. Temple Street |
| | Los Angeles, CA 90012 |
| YAVAUGHNIE RENEE WILKINS, an individual, | |
| Debtor. | |
| Defendant. | |

**TO THE HONORABLE SANDRA R. KLEIN, BANKRUPTCY JUDGE, AND TO THE DEBTOR DEFENDANT:**

    Plaintiff John J. Menchaca, the duly appointed and acting chapter 7 trustee (the "Trustee" or "Plaintiff"), for the bankruptcy estate (the "Estate") of YaVaughnie Renee Wilkins, an individual, (the "Debtor" or "Defendant") in Case No. 2:16-bk-12328-SK (the "Bankruptcy Case"), hereby complains (the "Complaint") of the above-captioned Defendant Debtor as follows.

**PARTIES**

1.    Plaintiff John J. Menchaca ("Menchaca") is the duly appointed and acting chapter 7 trustee of the Debtor in the Bankruptcy Case.

2.    The Debtor commenced the Bankruptcy Case by filing a chapter 13 voluntary petition (the "Petition"), Schedules (the "Schedule(s)") and Statement of Affairs (the "Statement of Affairs") on February 25, 2016 (the "Petition Date") under penalty of perjury.

3.    On October 10, 2016, secured creditor the Schreiber Family Trust (the "Trust") filed a motion to convert the Bankruptcy Case to chapter 7 (the "Section 1307(c) Motion") and *inter alia* provided evidence to the Court that (i) the Debtor concealed and misrepresented her assets in her schedules and (ii) the Petition was filed in bad faith.  After a 45-minute contested hearing, the Court found cause to grant the Section 1307(c) Motion.  By an order entered on February 17, 2017, the Bankruptcy Case was converted to chapter 7 and Menchaca was subsequently appointed as the chapter 7 trustee.

**JURISDICTION**

4.    This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. §§ 157(b)(1), 157(b)(2)(E) and (J).  Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409 in that the instant proceeding is related to the Bankruptcy Case presently pending under Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

5.    The Debtor filed amended schedules (the "Amended Schedule(s)") and an amended statement of affairs (the "Amended Statement of Affairs") under penalty of perjury on June 27, 2016.

6.    On November 15, 2016, the Debtor filed a Declaration under penalty of perjury in the Bankruptcy Case as Document No. 97 (the "Debtor's First Declaration") that *inter alia* denied that she had undervalued assets in her Schedule B and Amended Schedule B.  On February 22, 2017, the Debtor again filed a Declaration under penalty of perjury in the Bankruptcy Case as

Document No. 142 (the "Debtor's Second Declaration") that *inter alia* denied that she had undervalued assets in her Schedule B and Amended Schedule B.

7.    On April 17, 2017, the Debtor testified under oath at her first meeting of creditors in the chapter 7 Bankruptcy Case (the "First Chapter 7 Meeting of Creditors").  On April 17, 2017, the Debtor testified under oath at her second meeting of creditors in the chapter 7 Bankruptcy Case (the "Second Chapter 7 Meeting of Creditors").  *Inter alia*, at her First Chapter 7 Meeting of Creditors the Debtor testified that her Schedules and Statement of Affairs were complete and accurate.

8.    The Debtor has provided the Trustee with an accounting of her personalty (the "Personalty Accounting") a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 1**, which she authenticated at the Second Chapter 7 Meeting of Creditors.

9.    The prepetition insured value of certain property of the Estate is shown in the summary of insurance attached hereto and incorporated herein as **Exhibit 2** (the "Insurance Summary").  See Document 133 filed on February 9, 2017 in the Bankruptcy Case at pages 31-32.

10.    The Debtor has also provided the Trustee with a document entitled "IRS Hardship Partial Refund of October 2016", a true and correct copy of which is attached hereto and incorporated herein as **Exhibit 3**.  In Exhibit 3, and at the Second Chapter 7 Meeting of Creditors, the Debtor admitted that she transferred two (2) payments of $4,000 post-petition for a total of $8,000 from funds on hand in the Estate to her cousin Brenda McKenzie on behalf of McKenzie's "His Glory to The Nations Ministry" which was not in the ordinary course of business (the "$8,000 Post-Petition Transfer").

11.    In her Schedule B the Debtor declared that the value of her jewelry (the "Jewelry") was $500.  In her Amended Schedule B the Debtor again declared that the value of the Jewelry was $500.  At her First Chapter 7 Meeting of Creditors and at her Second Chapter 7 Meeting of Creditors the Debtor testified that she only owned costume jewelry with a value of $500.  In her Personalty Accounting attached hereto as Exhibit 1, the Debtor lists the following jewelry as being in her possession or in storage as of the Petition Date and as of May 25, 2017; the Debtor's

1  insured values for these items according to the Insurance Summary attached hereto as Exhibit 2

2  are shown thereafter in brackets: *(a)* "Cheney & Co Watch is listed twice on the Momentous

3  Insurance document Bates stamped BMCPA001885 (It is list [sic] as item 1 and item 3). This

4  item is in my physical possession." [$1,300]; *(b)* "Handcrafted Diamond 18K Three-tone Gold

5  Ring Containing Round Brilliant Cut Diamonds weighing .72 carat is in my physical possession."

6  [$2,100]; *(c)* "Handcrafted 14K Pink Gold and Mother of Pearl Cufflinks are in one of my 3

7  storage units at Extra Space Storage." [$2,200]; *(d)* "Ladies Handcrafted 18KYellow Gold

8  Diamond OND and White Topaz Earrings 2 Round Cut White Topaz Stones are in my physical

9  possession." [$895]; *(e)* "Handcrafted 18K Multicolored South Sea Pearl Necklace weight 10K

10  with round tiny round diamonds is in one of my three storage units at Extra Space Storage."

11  [$25,000]; and *(f)* "Handcrafted 18K White Gold Diamond and Amethyst Ring Featuring Round

12  Brilliant Cut Diamonds is in my physical possession" [$3,750]. The total insured value of the

13  afore-described six (6) items of Jewelry is $35,245. The value of the Jewelry is materially in

14  excess of $500.

15      12.    In her Schedule B the Debtor declared that the value of her clothing was $1,000 the

16  "Clothing"). In her Amended Schedule B the Debtor again declared that the value of the Clothing

17  was $1,000. In her Personalty Accounting attached hereto as Exhibit 1, the Debtor lists the

18  following clothing as being in her possession or in storage as of the Petition Date and as of May

19  25, 2017; the Debtor's insured value for this item according to the Insurance Summary attached

20  hereto as Exhibit 2 is shown thereafter in brackets: "52' Dyed Fur Coat is in one of my three

21  storage units at Extra Space Storage" [$21,595]. The value of the Clothing is materially in excess

22  of $1,000.

23      13.    In her Schedule B the Debtor declared that she had no collectibles of value (the

24  "Collectibles"). In her Amended Schedule B the Debtor declared that the value of her collectibles

25  was $1,000. In her Personalty Accounting attached hereto as Exhibit 1, the Debtor lists the

26  following collectibles as being in her possession or in storage as of the Petition Date and as of

27  May 25, 2017; the Debtor's insured values for these items according to the Insurance Summary

28

attached hereto as Exhibit 2 are shown thereafter in brackets: *(a)* "Dalit Tayar Nude Woman is in one of my three storage units at Extra Space Storage" [$7,500]; *(b)*"Dalit Tayar Nude Man is in one of my three storage units at Extra Space Storage" [$7,500]; *(c)* "Sebastiano Brooklyn Bridge is in one of my three storage units at Extra Space Storage" [$6,500]; *(d)* "Sebastiano Red Bull is in one of my three storage units at Extra Space Storage" [$8,000]; *(e)* "Sebastiano Landscapes (4 pieces) are in one of my three storage units at Extra Space Storage" [$7,800]; *(f)* "Black Magic Dyptch is in one of my three storage units at Extra Space Storage" [$3,000]; *(g)* "John Berry Seated Woman is in one of my three storage units at Extra Space Storage" [$6,500]; *(h)* "Versace Dinnerware is in one of my three storage units at Extra Space Storage" [$16,000]; *(i)* "Wool Rug from Persia is in one of my three storage units at Extra Space Storage" [$73,870]; *(j)* "Wool Rug from India is in one of my three storage units at Extra Space Storage" [$25,280]; and *(k)* "American Flag with Articles from 911 is in one of my three storage units at Extra Space Storage" [$6,000]. The total insured value of the afore-described eleven (11) items of Collectibles is $167,950. The value of the Collectibles is materially in excess of $1,000. Cf. the Debtor's Second Declaration at page 4, ¶ 23.

14.    Page 3 of the Personalty Accounting attached hereto as Exhibit 1 describes collectibles and furniture that were "Sold at 3-Day March 2015 Estate Sale Managed by California Estate Sales and Auction" (the "March 2015 Auction"). Among the items sold at the March 2015 Auction was the "Tom Corbin Horse and Rider" statue that had an insured value of $12,391. Cf. Exhibits 1 and 2 hereto. The March 2015 Auction is not disclosed in the Statement of Affairs or Amended Statement of Affairs.

15.    Each page of the Personalty Accounting attached hereto as Exhibit 1 contains the following footer: "NOTE: There are several valuable jewelry pieces Momentous Insurance did not list on my policy for some reason unknown to me [i.e. Exhibit 2 hereto]. Nonetheless, I mention it out of full disclosure as well as to eliminate any confusion as to why 2 Cartier watches, Cartier earrings, Tiffany & Co bracelet, Tiffany & Co earrings, Tiffany & Co Necklaces, Bulgary watches, Firenze Chandelier earrings, etc. are listed on Beverly Loan Company invoices 478938A,

478938B and 480023 where I received less than $20K for all 19 pieces of jewelry." (The "Pawned Jewelry Loan")  Details concerning the Pawned Jewelry may be found at Document No. 142 filed in the Bankruptcy Case on February 22, 2017 at pages 11-25. See also First Debtor's Declaration at 2, ¶5.  The Pawned Jewelry Loan is not listed in the Debtor's Statement of Affairs or Amended Statement of Affairs.

16.     The Amended Statement of Affairs, at page 24, lists another loan by which the Debtor's jewelry was pawned, on this occasion for $12,000 (the "Second Pawned Jewelry Loan"). The Second Pawned Jewelry Loan is not listed in the Statement of Affairs.  An accounting for the Second Pawned Jewelry Loan is not given in the Debtor's First Declaration or the Debtor's Second Declaration.

17.     The Complaint initiates an adversary proceeding by which the Trustee seeks to deny the discharge of the Debtor under 11 U.S.C. § ("Section") 727(a) and for an accounting by the Debtor under Section 105(a).

### FIRST CLAIM FOR RELIEF

### (DENIAL OF DISCHARGE)

### [11 U.S.C. § 727(a)(2)(A) and (B)]

18.     Plaintiff refers to and incorporates herein each and every allegation contained in Paragraphs 1 through 17, inclusive, of this Complaint as though fully set forth at length herein.

19.     the debtor, with intent to hinder, delay, or defraud a creditor or the Trustee who is an officer of the Estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the Debtor, within one year before the date of the filing of the petition, including without limitation the Jewelry, the Collectibles and the Clothing.

20.     The Debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the estate, after the Petition Date, including without limitation the Jewelry,

1  the Collectibles, the Clothing and the $8,000 Post-Petition Transfer.

2       21.    The Debtor's discharge should be denied pursuant to Section 727(a)(2)(A) and (B).

3                              **SECOND CLAIM FOR RELIEF**

4                              **(DENIAL OF DISCHARGE)**

5                              **[11 U.S.C. § 727(a)(3)]**

6       22.    Plaintiff refers to and incorporates herein each and every allegation contained in

7  Paragraphs 1 through 17, inclusive, of this Complaint as though fully set forth at length herein.

8       23.    The Debtor has concealed, destroyed, mutilated, falsified, or failed to keep or

9  preserve any recorded information, including books, documents, records, and papers, from which

10 the Debtor's financial condition or business transactions might be ascertained, and such act or

11 failure to act was justified under all of the circumstances of the case, including without limitation

12 an accounting of the disposition of the Jewelry, Clothing and Collectibles through *inter alia* the

13 March 2015 Auction, the First Pawned Jewelry Loan and the Second Pawned Jewelry Loan.

14      24.    The Debtor's discharge should be denied pursuant to Section 727(a)(3).

15                             **THIRD CLAIM FOR RELIEF**

16                             **(DENIAL OF DISCHARGE)**

17                             **[11 U.S.C. § 727(a)(4)(A) and (D)]**

18      25.    Plaintiff refers to and incorporates herein each and every allegation contained in

19 Paragraphs 1 through 17, inclusive, of this Complaint as though fully set forth at length herein.

20      26.    The Debtor has knowingly and fraudulently, in or in connection with the case made

21 a false oath or account, through Schedule B, Amended Schedule B, the Statement of Affairs, the

22 Amended Statement of Affairs, the First Debtor's Declaration and the Second Debtor's

23 Declaration.

24      27.    The Debtor has withheld from the Trustee, an officer of the estate entitled to

25 possession under this title, recorded information, including books, documents, records, and papers,

26 relating to the Debtor's property or financial affairs, including, without limitation that recorded

27 information pertaining to the March 2015 Auction, the First Pawned Jewelry Loan and the Second

28

1 | Pawned Jewelry Loan.

2 |      28.    The Debtor's discharge should be denied pursuant to Section 727(a)(4)(A) and (D).

3 | ## FOURTH CLAIM FOR RELIEF

4 | ## (DENIAL OF DISCHARGE)

5 | ## [11 U.S.C. § 727(a)(5)]

6 |      29.    Plaintiff refers to and incorporates herein each and every allegation contained in

7 | Paragraphs 1 through 17, inclusive, of this Complaint as though fully set forth at length herein.

8 |      30.    The Debtor has failed to explain satisfactorily, before determination of denial of

9 | discharge under this paragraph, any loss of assets or deficiency of assets to meet the Debtor's

10 | liabilities, including without limitation an accounting of the disposition of the Jewelry, Clothing

11 | and Collectibles through *inter alia* the March 2015 Auction, the First Pawned Jewelry Loan and

12 | the Second Pawned Jewelry Loan.

13 |      31.    The Debtor's discharge should be denied pursuant to Section 727(a)(4)(A) and (D).

14 | ## FIFTH CLAIM FOR RELIEF

15 | ## (ACCOUNTING AND TURNOVER)

16 | ## [11 U.S.C. § 105(a) and 542(a)]

17 |      32.    Plaintiff realleges each and every allegation contained in paragraphs 1-17 of this

18 | Complaint and, by this reference, incorporates said allegations as though set forth fully herein.

19 |      33.    Plaintiff believes, and therefore alleges, that the Debtor has not turned over to the

20 | Trustee, and has not given an accounting to the Trustee, of all of the property of the Estate, since

21 | the Schedule B and Amended Schedule B are both materially false.  Given that the Debtor has

22 | retained possession of inter alia the Clothing, the Collectibles and the Jewelry by fraud and other

23 | wrongful conduct as alleged above, equity dictates that the Debtor is not entitled to profit or

24 | otherwise benefit from her wrongful conduct.

25 |      34.    As the rightful owner of the property of the Estate, the Trustee is entitled to

26 | turnover of its assets.  However, the assets and proceeds of the Estate are unknown to the Plaintiff

27 | and cannot be ascertained without an accounting.  An accounting by the Debtor of the assets and

28 |

1    proceeds of the Estate is therefore required so that Plaintiff may be paid and obtain turnover of

2    that property that may be liquidated for the benefit of the Estate.

3        35.    Plaintiff is entitled to a judgment that compels the Debtor to turnover and deliver to

4    the Trustee the assets and proceeds of the Estate.

5        **WHEREFORE,** Plaintiff prays for judgment against the Debtor as follows:

6        A.    As to the first, second, third and fourth claims for relief, that the Debtor's

7    Discharge be denied;

8        B.    As to the fifth claim for relief, an accounting and turnover of all property of the

9    Estate from the Debtor to the Trustee, or for a money judgment for the value of same;

10       C.    On all causes of action, for attorney fees and all other consequential and punitive

11   damages as may be awarded by the Court; and

12       D.    Such other and further relief as this Court deems just and proper.

13   DATED: May 26, 2017                    **LAW OFFICES OF WESLEY H. AVERY, APC**

14

15                                  By: _____

16                                      Wesley H. Avery
                                        Lucy Mavyan
                                        Attorneys for Plaintiff John J. Menchaca,
17                                      Chapter 7 Bankruptcy Trustee

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

## Accounting of Furniture/Furnishings in Order from

## Momentous Insurance Document

1. Cheney & Co Watch is listed twice on the Momentous Insurance document Bates stamped BMCPA001885 (It is list as item 1 and item 3). This item is in my physical possession.

2. The Cheney & Co aqua marine ring was sold to Beverly Loan Company (BLC). It is listed on the BLC receipt number 4780938D as Ring_Gem LDS w/DIA & Color STN.

3. Handcrafted Diamond 18K Three-tone Gold Ring Containing Round Brilliant Cut Diamonds weighing .72 carat is in my physical possession.

4. Leo Pizzo 18K Rose & Gold Ring was sold to BLC. It is listed on the BLC receipt number 478938C as Ring Gem LDS w/Diamonds Leo Pitzo.

5. Handcrafted 14K Pink Gold and Mother of Pearl Cufflinks are in one of my 3 storage units at Extra Space Storage.

6. 18K White Gold Diamond Ring with 3 Round Brilliant Cut Diamonds Weighing .13 carats, 133 Round Brilliant Cut Diamonds Weing 2.12 Carats was sold to BLC. It is listed on the BLC receipt number 480023 as Ring_Gem Los w/Diamonds, wide Ladies Dia Fashion Ring.

7. Leo Pizzo 18K Rose Gold Diamond Bracelet was sold to BLC and is listed on receipt number 478938C and is listed as BRC_GEM_open_link.

8. Ladies Handcrafted 18KYellow Gold Diamond OND and White Topaz Earrings 2 Round Cut White Topaz Stones are in my physical possession.

9. Handcrafted 18K White Gold Diamond No Dangle Earrings were sold to BLC and are listed on receipt number 478938C as ER_Gem_Stud LDS Diamond RND

10. Pair Handcrafted 18K White And Rose Gold Diamond Dangle Earrings were sold to BLC and are listed on receipt number 478938C as Earrings_Gem LDS Diamond Evening Earring

11. Handcrafted 18K Multicolored South Sea Pearl Necklace weight 10K with round tiny round diamonds is in one of my three storage units at Extra Space Storage.

*NOTE: There are several valuable jewelry pieces Momentous Insurance did not list on my policy for some reason unknown to me. Nonetheless, I mention it out of full disclosure as well as to eliminate any confusion as to why 2 Cartier watches, Cartier earrings, Tiffany & Co bracelet, Tiffany & Co earrings, Tiffany & Co Necklaces, Bulgary watches, Firenze Chandelier earrings, etc. are listed on Beverly Loan Company invoices 478938A, 478938B and 480023 where I received less than $20K for all 19 pieces of jewelry.*

12. Handcrafted 18K Gold Diamond Cluster Earrings Featuring 8 Baguettes, 2 Emerald and 40 Round Brilliant Diamonds was sold to BLC and are listed on receipt number 478938C as Earring_Gem LDS Diamond (50 OTR/Diam).

13. Handcrafted 18K White Gold Diamond and Amethyst Ring Featuring Round Brilliant Cut Diamonds is in my physical possession.

14. Rolex Watch 18K Gold and Steel was sold to BLC and is listed on receipt number 478938A as Wtch_Rolex LDS Brac Date Just 6917

# Accounting of Art

1. Dalit Tayar Nude Woman is in one of my three storage units at Extra Space Storage
2. Dalit Tayar Nude Man is in one of my three storage units at Extra Space Storage
3. Sebastiano Brooklyn Bridge is in one of my three storage units at Extra Space Storage
4. Sebastiano Red Bull is in one of my three storage units at Extra Space Storage
5. Sebastiano Landscapes (4 pieces) are in one of my three storage units at Extra Space Storage
6. Black Magic Dyptch is in one of my three storage units at Extra Space Storage
7. John Berry Seated Woman is in one of my three storage units at Extra Space Storage
8. Tom Corbin Horse and Rider WAS SOLD IN MARCH 2015
9. Versace Dinnerware is in one of my three storage units at Extra Space Storage
10. Wool Rug from Persia is in one of my three storage units at Extra Space Storage
11. Wool Rug from India is in one of my three storage units at Extra Space Storage
12. American Flag with Articles from 911 is in one of my three storage units at Extra Space Storage
13. 52' Dyed Fur Coat is in one of my three storage units at Extra Space Storage
14. 2009 Bentley GT WAS SOLD IN OCTOBER 2014

# Sold at 3-Day March 2015 Estate Sale Managed by

# California Estate Sales and Auction:

**Foyer (Bates BMCPA001735):**

N/A

**Living Room (Bates BMCPA001736):**

Horse & Rider Statue

Handcrafted Wood Chess Pieces (2)

Crystal Tiger

*NOTE: There are several valuable jewelry pieces Momentous Insurance did not list on my policy for some reason unknown to me. Nonetheless, I mention it out of full disclosure as well as to eliminate any confusion as to why 2 Cartier watches, Cartier earrings, Tiffany & Co bracelet, Tiffany & Co earrings, Tiffany & Co Necklaces, Bulgary watches, Firenze Chandelier earrings, etc. are listed on Beverly Loan Company invoices 478938A, 478938B and 480023 where I received less than $20K for all 19 pieces of jewelry.*

Handblown Glass Vase

**Entertainment Room (Bates BMCPA001738):**

Bench/Day Bed/Chaise

Four Side Bar Stools & Table

Wine Refrigerators (2)

Wavy Chandelier (1)

**Dining Room (Bates BMCPA001739):**

Chateau Wall Sconces

Crowne Console Table

**Master Bedroom (Bates BMCPA001741):**

N/A

**Guest Room 1 (Bates BMCPA001742):**

Louis XV Bergere Armchair

Pakistani Rug

**Guest Room 2 (Bates BMCPA001742):**

N/A

Exterior: (Bates BMCPA001743):

Sundance 3-Person Hot Tub

Gas BBQ

*NOTE:  There are several valuable jewelry pieces Momentous Insurance did not list on my policy for some reason unknown to me.  Nonetheless, I mention it out of full disclosure as well as to eliminate any confusion as to why 2 Cartier watches, Cartier earrings, Tiffany & Co bracelet, Tiffany & Co earrings, Tiffany & Co Necklaces, Bulgary watches, Firenze Chandelier earrings, etc. are listed on Beverly Loan Company invoices 478938A, 478938B and 480023 where I received less than $20K for all 19 pieces of jewelry.*

# Exhibit 2

# Summary of Insurance
## For YaVaughnie Wilkins

**Momentous Insurance Brokerage**
818-933-2700

| Coverage | Item Description | | | | | Amount |
|---|---|---|---|---|---|---|
| **Personal Articles Floater** | | ACE | 268029611 | 11/10/14 | 11/10/15 | **$2,665** |

| | | |
|---|---|---|
| Jewelry (Scheduled) | 121,303 | |
| Fine Arts (Scheduled) | 180,881 | |
| Fine Arts (Blanket) | 110,000 | Per Item Limit:  $25,000 |
| Furs (Scheduled) | 21,595 | |
| | | |
| Earthquake Coverage | Included | |
| Earthquake Deductible | 10% | |

\* See Attached Personal Property Schedule

**Location:**
3227 Elvido Drive, Los Angeles, Ca  90049

| Jewelry | |
|---|---|
| 1. WATCH PURCHASED FROM CHENEY & CO | 1,300 |
| 2. A BEAUTIFUL LADIES AQUA MARINE RING MOUNTED IN A 14KT GOLD WHITE SETTING. THE RING CONSIST OF A BEAUTIFUL AQUAMARINE STONE WITH GOOD COLOR AND QUALITY WITH APP T/W OF 2 ½ CARATS. THE STONES ARE SET IN A DETAILED SETTING OF 14 KARAT GOLD | 8,000 |
| 3. A LOVELY LADIES DIAMOND WATCH TECHNOMASTER. THE STYLISH WATCH IN A SQUARE DESIGN EMBELLISHED W/APP. T/W OF 1 CT OF DIAMONDS. THE WATCH IS FURNISHED WITH A BLACK LEATHER DEPLOYMENT BAND | 2,000 |
| 4. ONE HANDCRAFTED DIAMOND 18K THREE-TONE GOLD RING CONTAINING ROUND BRILLIANT CUT DIAMONDS WEIGHING .72 CARAT TOTAL. DIAMONDS ARE F-G COLOR VS2 CLARITY AND OF EXCELLENT CUT AND BRILLIANCE | 2,100 |
| 5. ONE HANDCRAFTED DESIGNER LEO PIZZO DIAMOND 18K ROSE GOLD RING CONTAINING ROUND BRILLIANT CUT DIAMONDS WEIGHING 3.61 CARATS TOTAL. DIAMONDS ARE G COLOR VS1 CLARITY AND OF EXCELENT CUT AND BRILLIANCE | 15,750 |
| 6. ONE HANDCRAFTED 14K PINK GOLD AND MOTHER-OF-PEARL CUFFLINKS | 2,200 |
| 7. ONE LADY'S HANDCRAFTED 18K WHITE GOLD DIAMOND RING CONTAINING 3 ROUND BRILLIANT CUT DIAMONDS WEIGHING .13 CARATS TOTAL, 133 ROUND BRILLIAN CUT DIAMONDS WEIGHING 2.12 CARATS TOTAL, OF F COLOR, VS2 CKLARITY, AND OF EXCELLENT CUT AND BRILLIANCE | 6,000 |
| 8. ONE DESIGNER LEO PIZZO 18K ROSE GOLD DIAMOND BRACELET FEATURING ROUND BRILLIANT CUT DIAMONDS WEIGHING 6.60 CARATS OF F COLOR, VS2 CLARITY, AND OF EXCELLENT CUT AND BRILLIANCE | 21,500 |
| 9. ONE PAIR OF LADYS HANDCRAFTED 18K YELLOW GOLD DIAMOND AND WHITE TOPAZ EARRINGS FEATURING 2 ROUND CUT WHITE TOPAZ STONES MEASURING 8MM EACH EARRING | 895 |
| 10. ONE PAIR OF LADYS HANDCRAFTED 18K WHITE GOLD DIAMOND DANGLE EARRINGS FEATURING ROUND BRILLIANT CUT DIAMONDS WEIGHING 4.86 CARATS TOTAL OF F COLOR | 13,650 |
| 11. ONE PAIR OF LADYS HANDCRAFTED 18K TWO-TONE WHITE AND ROSE GOLD DIAMOND DANGLE EARRINGS FEATURING 366 ROUND BRILLIANT CUT DIAMONDS WEIGHING 7.18 CARATS | 10,500 |
| 12. ONE LADY'S HANDCRAFTED 18K MULTI-COLOR SOUTH SEA PEARL AND DIAMOND NECKLACE FEATURING ROUND BRILLIANT CUT DIAMONDS WEIGHING 10.00 CARATS TOTAL | 25,000 |
| 13. ONE LADY'S HANDCRAFTED 18K WHITE GOLD DIAMOND CLUSTER EARRINGS FEATURING 8 BAGUETTE, 2 EMERALD AND 40 ROUND BRILLIANT CUT DIAMONDS WEIGHING 2.39 CARATS | 5,700 |
| 14. ONE LADY'S HANDCRAFTED 18K WHITE GOLD DIAMOND AND AMETHYST RING FEATURING ROUND BRILLIANT CUT DIAMONDS WEIGHING 1.31 CARATS TOTAL OF F COLOR, VS | 3,750 |
| 15. ROLEX WATCH, 18K GOLD AND STEEL, MODEL #6917/3, SK U #VRX24632 | 2,958 |
| Jewelry Total | $121,303 |

**CONFIDENTIAL**

BMCPA001885
EXHIBIT 4, PAGE 8 OF 9

## Summary of Insurance
### For YaVaughnie Wilkins

**Momentous Insurance Brokerage**
818-933-2700

| Coverage | Item Description | Amount |
|---|---|---|

### Fine Arts

| | Item Description | Amount |
|---|---|---|
| 1. | DALIT TAYAR "UNTITLED NUDE WOMAN" 19 X 10 X 12 HYD ROSTONE 2005 | 7,500 |
| 2. | DALIT TAYAR "UNTITLED NUDE MAN" 19 X 10 X 12 HYDRO STONE 2005 | 7,500 |
| 3. | SEBASTIANO CIARCIA "BROOKLYN BRIDGE" 30 X 60 MIXED ON CANVAS 2010 | 6,500 |
| 4. | SEBASTIANO CIARCIA "RED BULL" 47 X 68 MIXED ON CAN VAS 2010 | 8,000 |
| 5. | SEBASTIANO CIARCIA "UNTITLED LANDSCAPES" (SET OF 4 ) 16 X 16 MIXED ON CANVAS 2010 | 7,800 |
| 6. | MANU "BLACK MAGIC" DYPTICH 30 X 20 LIMITED EDITION PRINT 2009 | 3,000 |
| 7. | JOHN BERRY "UNTITLED SEALED WOMAN" LIFE SIZE WIRE SCULPTURE 2006 | 6,500 |
| 8. | TOM CORBIN "HORSE AND RIDER" 76"H BRONZE, GREEN/BR OWN PATINA EDITION 40 | 12,931 |
| 9. | VERSACE CHINA | 16,000 |
| 10. | WOOL RUG FROM PERSIA; DESIGN: SAROUK; 8'1" X 10'4" | 73,870 |
| 11. | WOOL RUG FROM INDIA; DESIGN: MOHTASHEM/K; 8'9" X 1 0" | 25,280 |
| 12. | AMERICAN FLAG WITH ARTICLES FROM 9-11 | 6,000 |
| 13. | FINE ART BLANKET COVERAGE ****Per Item Limit $25,000 | 110,000 |
| **Fine Arts Total** | | **$290,881** |

### Furs

| | Item Description | Amount |
|---|---|---|
| 1. | 52" DYED MINK COAT, SHAWL COLLAR, STRAIGHT SLEEVE, REV TO HIDE, W/BELT, S/S | 21,595 |
| **Furs Total** | | **$21,595** |

**CONFIDENTIAL**

BMCPA001886
EXHIBIT4, PAGE 9 OF 9

Exhibit 3

# IRS Hardship Partial Refund of October 2016

| 10.28.16 | $1,100 Public Space Storage | Storage of Office Furniture, Equipment |
| 10.28.16 | $ 600 Extra Space Storage (Venice) | Storage of Office Furniture, Equipment |
| 10.28.16 | $ 800 DMV | Registration of Scooter, Car |
| 10.31.16 | $ 120 Tow Company | Tow of Scooter off the Grapevine |
| 10.31.16 | $ 122 Holiday Inn | Lodging After Scooter Broke Down on Highway |
| 10.31.16 | $260 National General | Auto Insurance |
| 11.04.16 | $260 Cycle Lebec | Repair of Scooter |
| 11.04.16 | $425 Hertz | Car Rental During Repair of Scooter |
| 11.04.16 | $380 Foremost Insurance | Scooter Insurance |
| 11.17.16 | $252 Southwest Airlines | Flight from LAX to SJC re Mtg w/Lawyer |
| 11.18.16 | $ 90 Nationwide Legal | Legal Filing |
| 11.18.16 | $ 120 FedEx | Computer, Printer, Scanner Usage Legal Docs |
| 11.21.16 | $ 480 Dollar | Car Rental |
| 10.27.16 | $5000 Cash | Merrill Loop Utilities, Household Bills in Arrears |
| 10.27.16 | $4000 10% Cash Tithing | His Glory To The Nations Ministry |
| 10.31.16 | $3250 Cash for Certified Checks | SLS Payments Oct, Dec & Trustee Payment |
| 11.07.16 | $ 600 | Residential Rent (Temp Lodging) |
| 11.07.16 | $11,160 Cash for Certified Checks | SLS Dec Pymt, Mercedes Arrears, Trustee Pymt |
| 11.09.16 | $10,700 Cash for Certified Check | SLS Arrears According to Yourist |
| 11.25.16 | $ 220 Hertz | Car Rental to LA for Legal Mtg |

TOTAL        $39,170

(The remaining balance of the hardship funds went towards my personal living expenses.)

*The specific purpose the IRS releasing the partial tax refunds were to prevent my Merrill Loop property from Foreclosure, prevent the repossession of the Mercedes and to obtain housing and living expenses as I was literally homeless.*

# IRS Hardship Partial Refund of December 2016

| 12.15.16 | $ 500 Cash | Residential Rent (Temp Lodging) |
|---|---|---|
| 12.21.16 | $ 74 Dollar | Car Rental for LA Legal Mtg |
| 12.21.16 | $ 36 Enterprise | Car Rental for LA Legal Mtg |
| 12.20.16 | $3500 Cash | Purchase of Used Car (2001 VW) |
| 12.21.16 | $4000 Cash 10% Tithing | His Glory to the Nations Ministry |
| 12.27.16 | $2740 Cash for Cashier's Checks | Mercerdes Pymt, SLS Pymnt, Trustee Pyment |
| 12.28.16 | $1038 Public Storage | Storage of Office Furniture, Equipment |
| 12.28.16 | $ 951 National General | Auto Insurance |
| 12.28.16 | $ 175 AAA | Scooter Insurance |
| 12.29.16 | $ 580 Extra Space Storage | Storage of Office Furniture, Equipment |
| 12.29.16 | $ 194 AAA | Auto Insurance |
| 01.03.17 | $ 760 Extended Stay America | Hotel While Apartment Hunting |
| 01.06.17 | $ 19 FedEx Office | Email, Copy, Scan Legal Documents |
| 01.11.17 | $ 424 Public Storage | Storage of Office Furniture, Equipment |
| 01.12.17 | $ 322 Extended Stay America | Hotel While Apartment Hunting |
| 01.12.17 | $ 321 Extended Stay America | Hotel While Apartment Hunting |
| 01.12.17 | $ 849 Expedia Hotel Charge | Hotel While Apartment Hunting |
| 01.17.17 | $ 226 Extra Space Storage | Storage of Office Furniture, Equipment |
| 01.18.17 | $2000 Simon Resnik LLP | Legal Retainer |
| 01.18.17 | $4550 Jeff Ramsey | Deposit on Apartment |
| 01.20.17 | $1024 Motel 6 | Hotel While Apartment Hunting |
| 01.23.17 | $170 Stevens Creek Volkswagon | Repair of Used Car |
| 01.27.17 | $ 30 FedEx Office | Copy, Print, Scan Legal Documents |
| 01.30.17 | $ 28 FedEx Office | Copy, Print, Scan Legal Documents |
| 01.30.17 | $ 430 Hotels.com | Hotel While Waiting for Apartment Availability |

*The specific purpose the IRS releasing the partial tax refunds were to prevent my Merrill Loop property from Foreclosure, prevent the repossession of the Mercedes and to obtain housing and living expenses as I was literally homeless.*

| 01.30.17 | $ 19 FedEx Office | Copy, Print, Scan Legal Documents |
|---|---|---|
| 01.31.17 | $ 30 Enterprise | Car Rental While Used Car in Repair Shop |
| 02.01.17 | $ 170 Hotels.com | Hotel While Waiting for Apartment Availability |
| 02.06.17 | $ 150 Fox | Car Rental While Used Car in Repair Shop |
| 02.01.17 | $ 615 Uhaul | Move Office Furniture, Equipment LA>SJ |
| 02.02.17 | $ 295 Fox | Car Rental While Used Car in Repair Shop |
| 02.02.17 | $ 400 Cash | Movers to Load Uhaul Truck |
| 02.03.17 | $ 30 Public Storage | ? |
| 02.03.17 | $ 121 Expedia | Hotel |
| 02.07.17 | $ 200 Cash | Movers to Unload Uhaul Truck |
| 02.07.17 | $2650 Cash for Cashier's Checks | SLS Pymnt, Mercedes Pymnt, Trustee Pymnt |
| 02.10.17 | $ 489 Stevens Creek Volkswagen | Repair of Used Volkswagen |
| 02.15.17 | $ 574 Hankook Tires | Repair of Used Volkswagen |
| 02.16.17 | $ 39 FedEx Office | Print, Scan, Copy Legal Documents |
| 02.17.17 | $2150 Jeff Ramsey | Rent |
| 02.21.17 | $ 120 Enterprise | Car Rental While Used Car is Repaired |
| 02.23.17 | $ 39 FedEx Office | Print, Scan, Copy Legal Documents |
| 02.23.17 | $ 72 Hotels.com | Hotel After Car Broke Down After LA Legal Mtg |
| 02.24.17 | $ 118 Nationwide Legal | Legal Filing |
| 02.28.17 | $ 215 Enterprise | Car Rental Back to San Jose |
| 03.08.17 | $ 222 Enterprise | Car Rental (Surrendred Used Car to RepairShop |
| 03.29.17 | $ 108 Enterprise | Car Rental for LA Legal Mtg |
| 04.10.17 | $ 42 Alamo | Car Rental |

TOTAL:      $33,810

(The remaining balance of the December partial IRS Hardship Funds have been used towards living expenses and necessities for new apartment.)

*The specific purpose the IRS releasing the partial tax refunds were to prevent my Merrill Loop property from Foreclosure, prevent the repossession of the Mercedes and to obtain housing and living expenses as I was literally homeless.*

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>John Menchaca, chapter 7 trustee of YaVaughnie Renee Wilkins | DEFENDANTS<br>YaVaughnie Renee Wilkins |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Wesley H. Avery, Esq. CLS-B SBN 155724<br>Law Offices of Wesley H. Avery<br>758 E. Colorado Blvd.<br>Suite 210<br>Pasadena, CA 91101<br>(626)395-7576 Fax: (661)430-5467 | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only)<br>☐ Debtor  ☑ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☑ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

**COMPLAINT TO: (1) DENY THE DEBTOR'S DISCHARGE AND FOR (2) AN ACCOUNTING AND TURNOVER [11 U.S.C. §§ 105(a), 542(a) and 727(a)]**

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ 2 ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ 1 ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**YaVaughnie Renee Wilkins** | BANKRUPTCY CASE NO.<br>**2:16-bk-12328-SK** | |
| DISTRICT IN WHICH CASE IS PENDING<br>**Central District of California** | DIVISION OFFICE<br>**Los Angeles** | NAME OF JUDGE<br>**Klein** |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

Wesley H. Avery, Esq. CLS-B SBN 155724

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| **May 26, 2017** | Wesley H. Avery, Esq. CLS-B SBN 155724 |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Wesley H. Avery, Esq. CLS-B SBN 155724**<br>**Lucy Mavyan, Esq. SBN 260811**<br>**Law Offices of Wesley H. Avery, APC**<br>**758 E. Colorado Blvd., Suite 210**<br>**Pasadena, CA 91101**<br>**(626)395-7576**<br>**wavery@thebankruptcylawcenter.com**<br><br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

| In re:<br><br>    **YaVaughnie Renee Wilkins**<br><br><br><br>                                                                        Debtor(s). | CASE NO: **2:16-bk-12328-SK**<br><br>CHAPTER: **7**<br><br>ADVERSARY NUMBER: |
|---|---|
| John Menchaca, Chapter 7 Bankruptcy Trustee of YaVaughnie Renee Wilkins,<br><br>                                                       Plaintiff(s)<br><br>        Versus<br><br>YaVaughnie Renee Wilkins, Debtor,<br><br><br>                                                       Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date:  _<br>Time:  _<br>Courtroom:  _ | Place:<br>☑ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    Page 1                                                    **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.1) with an attachment for additional parties if necessary (LBR form F 7016-1.1a). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary
Proceeding:                                                        <u>May 26, 2017</u>

By: _____
                        Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    Page 2                        **F 7004-1.SUMMONS.ADV.PROC**