Wesley H. Avery, Esq. CLS-B (SBN 155724)
Lucy Mavyan, Esq. (SBN 260811)
**LAW OFFICES OF WESLEY H. AVERY, APC**
758 E. Colorado Blvd. Ste. 210
Pasadena, CA 91101-2105
(626) 395-7576 (office)
(661) 430-5467 (fax)

Attorney for Plaintiff John J. Menchaca, chapter 7 trustee

*Fortis est veritas*

FILED & ENTERED

NOV 09 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YAVAUGHNIE RENEE WILKINS, an individual,<br><br>Debtor.<br><br>SSN xxx-xx-7711<br><br>JOHN J. MENCHACA, Chapter 7 Trustee of YaVaughnie Renee Wilkins,<br><br>Plaintiff,<br><br>v.<br><br>YAVAUGHNIE RENEE WILKINS, an individual,<br><br>Debtor.<br><br>Defendant. | Case No. 2:16-bk-12328-SK<br>Chapter 7<br>Adv. No. 2:17-ap-01285-SK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date:   November 7, 2018<br>Time:   9:00 a.m.<br>Place:  U.S. Courthouse<br>        Courtroom 1575<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

**IN SAID DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE ASCRIBED BELOW:**

The motion for default judgment filed on July 20, 2018 as document 31 (the "Motion") in Adv. No. 2:17-ap-01285-SK (the "Adversary Proceeding") came on for continued hearing at the date, time and courtroom stated above (the "Hearing"). The Adversary Proceeding was initiated by the filing of a complaint on May 26, 2017 (the "Complaint") by John Menchaca, the duly appointed and

Case 2:17-ap-01285-SK    Doc 50    Filed 11/09/18    Entered 11/09/18 17:20:34    Desc
Main Document    Page 2 of 2

acting chapter 7 trustee (the "Plaintiff") of defendant YaVaughnie Renee Wilkins (the "Debtor" or "Defendant") in Case No. 2:16-bk-12328-SK. Appearances were as stated on the record.

**WHEREFOR**, with good cause appearing, it is hereby

**ORDERED** that the Motion is granted for the reasons stated on the record at the Hearing; and it is further

**ORDERED** that relief is awarded to the Plaintiff and against the Defendant on the First, Second, Third and Fourth Claims for Relief in the Complaint; and it is further

**ORDERED** that the Fifth Claim for Relief in the Complaint is dismissed.

###

Date: November 9, 2018

Sandra R. Klein
United States Bankruptcy Judge